NATIONAL BROADWAY BANK in the City of New York, Plaintiff, *v.* STEPHEN T. BARKER, Defendant.

(Argued June 15, 1891; decided June 23, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made May 15, 1891, which affirmed an order of Special Term denying a motion to vacate an attachment in the above-entitled action.

This case presented the same question, and the *mem.* of opinion is substantially the same as that in the last preceding case (*Hodgman* v. *Barker*).

*P. Q. Eckerson* for appellant.

*William F. MacRae* for respondent.

*Per Curiam mem.* for affirmance.
All concur.
Order affirmed. _____